COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO. 2-06-118-CV

 

 

IN RE CADALIN, L.L.C.                                                            RELATOR

 

 

 

                                               -----------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of injunction and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of injunction is denied. 
In addition, this court vacates its April 3, 2006 order staying the
respondent=s March 31, 2006 order in trial
court cause number 67-208771-04.

 








Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL A:   CAYCE, C.J.; HOLMAN
and WALKER, JJ. 

 

DELIVERED: April 24, 2006











    [1]See
Tex. R. App. P. 47.4.